EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Aprobación de<br>Baja Voluntaria de<br>abril a diciembre de 2014 | 2015 TSPR 5<br><br>192 DPR ____ |

Número del Caso: EM-2015-3

Fecha: 21 de enero de 2015

Materia: Bajas Voluntarias de abril a diciembre de 2014

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de
Baja Voluntaria de
abril a diciembre de 2014

                    EM-2015-03


RESOLUCIÓN


En San Juan, Puerto Rico, a 21 de enero de 2015.

Durante el periodo de abril a diciembre de 2014, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**abril**

| | |
|---|---|
| Amílcar Velázquez Nazario | 2957 |
| Ana L. Torres Lupiañez | 5786 |
| José D. Núñez De Jesús | 14,432 |

**mayo**

| | |
|---|---|
| Aurelio Emanuelli Belaval | 2607 |
| Diego J. Berríos Vázquez | 8033 |
| Angell O. de la Sierra | 8774 |

**junio**

| | |
|---|---|
| Fidel Barbosa Román | 8453 |
| Brian O. Christianson Ferrer | 10,858 |

**julio**

| | |
|---|---|
| Eric I. Estrada Pabón | 14,721 |

### septiembre

| | |
|---|---|
| Edwin S. Miranda Hernández | 2102 |
| Antonio V. Santiago Droz | 2970 |
| Salvador Rovira Martinó | 3581 |
| Nelson Bassatt Álvarez | 4582 |
| María L. Colón Díaz | 6147 |
| Luisa M. Álvarez Camacho | 6234 |
| Margarita Fisher | 7708 |
| Gilberto Rivera Arreaga | 8869 |
| Ángel L. Rivera Agosto | 10,965 |

### octubre

| | |
|---|---|
| William Estrella López de Victoria | 1963 |
| Cielo D. Arrillaga Torrens | 2473 |
| Katherine Nicole Saurí | 8016 |
| Ana I. Sánchez Colón | 11,151 |
| Marte Ramos Padró | 11,255 |
| Pedro Laborde Muñiz | 15,732 |

### noviembre

| | |
|---|---|
| José A. Casillas Fernández | 2145 |

### diciembre

| | |
|---|---|
| Zoraida del Valle Caballero | 10,162 |
| Helena Ocasio Cruz | 13,127 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo